2023R00126/TA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Georgette Castner |
| v. | : | Crim. No. 25-447 |
| PAUL X. MCNEIL | : | 18 U.S.C. § 1951(a) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | 18 U.S.C. § 924(c)(1)(A)(iii) |
| | : | 18 U.S.C. § 924(j)(1) |
| | : | 18 U.S.C. § 2 |

### INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges as follows:

### COUNT ONE
### (Conspiracy to Commit Hobbs Act Robbery)

On or about September 30, 2022, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

### PAUL X. MCNEIL,

did knowingly and intentionally conspire and agree with another to knowingly and willfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, in that the defendant did unlawfully take and obtain property by means of actual and threatened force, and violence, and fear of injury, immediate and future, to the person and property of another, namely Victim-1, in furtherance thereof.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
## (Hobbs Act Robbery)

On or about September 30, 2022, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

**PAUL X. MCNEIL,**

did knowingly and willfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, in that the defendant did unlawfully take and obtain property by means of actual and threatened force, and violence, and fear of injury, immediate and future, to the person and property of another, namely Victim-1.

In violation of Title 18, United States Code, Section 1951(a) and Section 2.

## COUNT THREE
**(Brandishing a Firearm During and in Relation to a Crime of Violence)**

On or about September 30, 2022, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

**PAUL X. MCNEIL,**

during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the Hobbs Act Robbery charged in Count Two of this Indictment, did knowingly use and carry a firearm, which firearm was brandished, and did aid and abet the same.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and Section 2.

## COUNT FOUR
### (Hobbs Act Robbery)

On or about August 11, 2023, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

**PAUL X. MCNEIL,**

did knowingly and willfully obstruct, delay and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, in that the defendant did unlawfully take and obtain property by means of actual and threatened force, and violence, and fear of injury, immediate and future, to the person and property of another, namely Victim-2.

In violation of Title 18, United States Code, Section 1951(a) and Section 2.

## COUNT FIVE
**(Discharging a Firearm During and in Relation to a Crime of Violence)**

On or about August 11, 2023, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

**PAUL X. MCNEIL,**

during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the Hobbs Act Robbery charged in Count Four of this Indictment, did knowingly use and carry a firearm, which firearm was discharged, and did aid and abet the same.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and Section 2.

## COUNT SIX
**(Causing Death Through Use of a Firearm)**

On or about August 11, 2023, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

**PAUL X. MCNEIL,**

in the course of a violation of Title 18, United States Code, Section 924(c), as alleged in Count Five of this Indictment, did knowingly and purposely cause the death of Victim-2 through the use of a firearm, which killing constituted murder, as defined in Title 18, United States Code, Section 1111, and did aid and abet the same.

In violation of Title 18, United States Code, Section 924(j)(1), and Section 2.

## COUNT SEVEN
## (Hobbs Act Robbery)

On or about September 23, 2023, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

## PAUL X. MCNEIL,

did knowingly and willfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, in that the defendant did unlawfully take and obtain property by means of actual and threatened force, and violence, and fear of injury, immediate and future, to the person and property of another, namely Victim-3, Victim-4, and Victim-5.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT EIGHT
### (Brandishing a Firearm During and in Relation to a Crime of Violence)

On or about September 23, 2023, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

**PAUL X. MCNEIL,**

during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the Hobbs Act Robbery charged in Count Seven of this Indictment, did knowingly use and carry a firearm, which firearm was brandished.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION ONE

Upon conviction of the Hobbs Act robbery offenses in violation of Title 18, United States Code, Section 1951(a), as charged in Counts One, Two, Four, and Seven of this Indictment, the defendant,

### PAUL X. MCNEIL,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, the defendant obtained that constitutes or is derived from proceeds traceable to the commission of such offenses or that constitutes or is derived from proceeds the defendant obtained directly or indirectly as a result of such offenses.

## FORFEITURE ALLEGATION TWO

Upon conviction of the offenses in violation of Title 18, United States Code, Section 1951(a), as charged in Counts One, Two, Four and Seven, Title 18, United States Code, Section 924(c), as charged in Counts Three, Five, and Eight, and Title 18, United States Code, Section 924(j), as charged in Count Six of this Indictment, the defendant,

### PAUL X. MCNEIL,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offenses.

## SUBSTITUTE ASSETS PROVISION
### (Applicable to All Forfeiture Provisions)

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

███████████
FOREPERSON

_Alina Habba_
ALINA HABBA
United States Attorney

CASE NUMBER: 25-CR- 447 (GC)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**PAUL X. MCNEIL**

## INDICTMENT FOR

18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 924(j)(1)
18 U.S.C. § 2

A True Bill,



Foreperson

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

TRACEY AGNEW
ASSISTANT U.S. ATTORNEY
TRENTON, NEW JERSEY
609-656-2504

FILED
JUL 10 2025
AT 8:30 ___2:45pm___ M
CLERK, U.S. DISTRICT COURT - DNJ